# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVIDION

In Re: Amanda Wilkerson ) Case No. 21-41243
)
) Chapter 13
Debtors )
)

## DEBTOR'S MOTION TO DISMISS

COMES NOW, Debtor, and states as follows;

1. The Debtor requests that this case be voluntarily dismissed.

2. This case has not been previously converted from another chapter.

/s/Andrew Westerfeld #61123MO
Westerfeld Law Group, LLC
1242 Jungermann Rd., Suite A
St. Peters, MO 63376
P: 636-447-4456 F: 636-447-4472
andrew@wlglawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 29th day of April, upon the Chapter 13 Trustee, by being filed with the CM/ECF system.

/s/Andrew A. Westerfeld